# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

**No. 201700321**

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## COREY E. MUSGRAVES
Private First Class (E-2), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations-West, Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd Enge, USMC.
For Appellant: Captain Matthew A. Blackwood, USMCR.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 8 February 2018

————————————————

Before HUTCHISON, SAYEGH, and STEPHENS, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that after arraignment Specification 1 under the Charge was modified to reflect an inception date for the unauthorized absence of 21 July 2015 and that the appellant was found

guilty of an unauthorized absence commencing on 21 July 2015 and terminating on 25 August 2015.

For the Court



R.H. TROIDL
Clerk of Court